UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-2298-RSWL | Date | June 27, 2011 |
|---|---|---|---|
| Title | L.A. Printex Industries, Inc. v. The Buckle, Inc., et al. | | |

| Present: The Honorable | RONALD S.W. LEW, Senior, U.S. District Court Judge |
|---|---|

| Kelly Davis | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS)

   On the Court's own motion, the Scheduling Conference set for June 28, 2011, at 10:00 a.m. is continued to **JUNE 28, 2011, at 2:00 p.m.**  Counsel are ordered to appear at this new time.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | KD | |